**IN THE UNITED STATES BANKRUPTCY COURT**
**Eastern District of Virginia**
**Richmond Division**

| | |
|---|---|
| In re: Welton Gardner Cashion (Deceased), Jr.<br>Barbara Marie Cashion<br>AKA Barbara Morrison Cashion<br>Debtors | Case No. 17-30850-KLP<br>Chapter 13 |

### ORDER GRANTING MOTION FOR WAIVER OF THE REQUIREMENT FOR DEBTOR WELTON GARDNER CASHION, JR.'S CERTFICATION OF COMPLIANCE WITH 11 U.S.C. §1328 AND DEBTOR'S EDUCATION COURSE

This matter came upon the Motion for Waiver of the Requirement for Debtor's Certification of Compliance with 11 U.S.C. §1328 and completion of the Debtor's Education Course as to Welton Gardner Cashion, Jr, only; and

UPON CONSIDERATION WHEREOF, it appearing to the Court that cause exists to grant the relief sought in the Motion; and

It appearing that no creditors or parties in interest have filed or asserted any Objections to the Motion; it is, accordingly,

**ORDERED** that the requirement to complete the Debtor's Education Course is hereby waived as to Welton Gardner Cashion, Jr.; and it is further

**ORDERED** that the requirement of Certification of Compliance with 11 U.S.C. 1328 is hereby waived as to Welton Gardner Cashion, Jr.; and it is further

**ORDERED** that the Clerk shall mail copies of this Order, once entered to all parties on the attached service list.

Amanda E. DeBerry (VSB#83805)
Boleman Law Firm, P.C.
P.O. Box 11588
Richmond, VA 23230-1588
Telephone (804) 358-9900
Counsel for Debtors

Date: Jun 12 2020

/s/ Keith L Phillips
United States Bankruptcy Judge

Entered on Docket: Jun 16 2020

I ask for this:

/s/ Amanda E. DeBerry
Amanda E. DeBerry (VSB #83805)
Counsel for Debtor
Boleman Law Firm, P.C.
2104 West Laburnum Ave, Suite 201
Richmond, Virginia 23227
(804) 358-9900
Counsel for the Debtors

## **CERTIFICATION**

I certify that this Order has been endorsed by all necessary parties.

By:  /s/ Amanda E. DeBerry
Counsel for Debtors

## Service List

Office of the United States Trustee
701 East Broad Street
Suite 4304
Richmond, VA 23219

Carl M. Bates, Trustee
Post Office Box 1819
Richmond, Virginia 23218

Barbara Cashion
6390 Blenheim Road
Powhatan, Virginia 23219

Boleman Law Firm
Post Office Box 11588
Richmond, Virginia 23230-1588